# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DYANA A. ST. JOHN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LAS PALMAS HOMEOWNERS ASSOC., *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:22-CV-0928-RFB-BNW<br><br>**REPORT AND RECOMMENDATION** |

On April 4, 2023, this Court ordered Plaintiff to file, within 30 days, a notice updating the Court with their current address in accordance with Local Rule IA 3-1. ECF No. 31. The Court warned Plaintiff that failure to comply would result in a recommendation that this case be dismissed. *Id.* Plaintiff has not complied with the Court's order.

**IT IS THEREFORE RECOMMENDED** that the case be dismissed without prejudice and closed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within 14 days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

**IT IS SO ORDERED.**

DATED: May 19, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE